1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2
3  THOMAS A. COLTHURST (CABN 99493)
   Chief, Criminal Division
4  MAYA KARWANDE (CABN 295554)
   Assistant United States Attorney
5
6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7200
       FAX: (415) 436-7234
8      Maya.Karwande@usdoj.gov

   Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) NO. CR 4:23-CR-00285-HSG |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION TO EXCLUDE TIME FROM |
| | ) OCTOBER 11, 2023 TO NOVEMBER 29, 2023 |
| v. | ) AND ORDER |
| | ) |
| RENE GUZMAN, | ) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Rene Guzman, that time be excluded under the Speedy Trial Act from October 11, 2023 through November 29, 2023.

At the status conference held on October 11, 2023, the government and counsel for the defendant agreed that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced and discovery that the government will be producing. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until November 29, 2023 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from October 11, 2023 through November 29, 2023 from

computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:   October 18, 2023

/s/
MAYA KARWANDE
Assistant United States Attorney

DATED:   October 18, 2023

/s/
SARAH POTTER
Counsel for Defendant Rene Guzman

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 11, 2023 and for good cause shown, the Court finds that failing to exclude the time from October 11, 2023 through November 29, 2023 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 11, 2023 through November 29, 2023 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 11, 2023 through November 29, 2023 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 10/19/2023

_____
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge