ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

MAYA KARWANDE (CABN 295554)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    Maya.Karwande@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 4:23-CR-00285-HSG |
| Plaintiff, | STIPULATION TO CONTINUE STATUS HEARING TO MARCH 20, 2024 AND EXCLUDE TIME FROM FEBRUARY 28, 2024 TO MARCH 20, 2024 AND ORDER |
| v. | |
| RENE GUZMAN, | |
| Defendant. | |

    A status in the above-captioned matter is currently set for February 28, 2024 at 2:00 PM. It is hereby stipulated by and between counsel for the United States and counsel for the defendant Rene Guzman, that the status be continued to March 20, 2024 at 2:00 PM and time be excluded under the Speedy Trial Act from February 28, 2024 through March 20, 2024.

    Since the last status conference, the government has produced additional discovery and extended a plea offer. The defendant is evaluating the plea offer. The parties believe they will be in a position by March 20, 2024 to either enter a plea or set a trial date and in the interests of judicial economy believe that a continuance is appropriate. In addition, the parties seek a continuance because counsel for the United States is unavailable on February 28, 2024. The government and counsel for the defendant agree that time be excluded under the Speedy Trial Act so that defense counsel can continue to prepare,

including by reviewing the discovery already produced and discovery that the government will be producing, including the full extractions from the defendant's phones.  For this reason, the parties stipulate and agree that excluding time from February 28, 2024 through March 20, 2024 will allow for the effective preparation of counsel.  *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from February 28, 2024 through March 20, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: February 23, 2024            /s/
                                    MAYA KARWANDE
                                    Assistant United States Attorney

DATED: February 23, 2024            /s/
                                    SARAH POTTER
                                    Counsel for Defendant Rene Guzman

STIPULATION TO CONTINUE STATUS AND EXCLUDE TIME AND ORDER
Case No. 4:23-CR-00285-HSG                                           v. 7/10/2018

# ORDER

Based upon the facts set forth in the stipulation of the parties and for good cause shown, the Court continues the status set from February 28, 2024 at 2:00 PM to March 20, 2024 at 2:00 PM. The Court finds that failing to exclude the time from February 28, 2024 at 2:00 PM to March 20, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from February 28, 2024 to March 20, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status currently set on February 28, 2024 at 2:00 PM is continued to March 20, 2024 at 2:00 PM and time from February 28, 2024 at 2:00 PM to March 20, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 2/23/2024

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge